Kent Denzel, Esq., CO, for appellant.

John M. Morris, III, Esq., Jefferson City, for respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Michael Ponder appeals the denial of his Rule 29.15 Motion for postconviction relief. For reasons stated in the Memorandum provided to the parties, we affirm the Motion Court's judgment. Rule 84.16(b).

∎

**Clinton O. O'HARE, Appellant,**

v.

**Linda S. O'HARE, Respondent.**

**No. WD 61332.**

Missouri Court of Appeals,
Western District.

June 17, 2003.

Leonard K. Breon, Esq., Warrensburg, MO, Attorney for Appellant.

James P. Buckley, Esq., Sedalia, MO, Attorney for Respondent.

Before: HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Clinton O'Hare appeals the marital dissolution judgment awarding maintenance to Linda O'Hare. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

∎

**CITY OF SUGAR CREEK,
Missouri, Respondent,**

v.

**Edward REESE, Jr., Donald Edwards
and Barbara Edwards,
Appellants.**

**No. WD 61295.**

Missouri Court of Appeals,
Western District.

June 17, 2003.

C. Robert Buckley, Independence, MO, for Respondent.

Douglas J. Patterson, Leawood, KS, for Appellants.

Before HOWARD, P.J., and
LOWENSTEIN and HARDWICK, JJ.

**Order**

PER CURIAM.

Donald and Barbara Edwards and Edward Reese, Jr., appeal from the circuit court's granting of injunctive and declaratory relief to the City of Sugar Creek (the "City"). The appellants raise three points